UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALH ANTHONY WILSON,

          Plaintiff,

   v.

10 ROADS EXPRESS LLC,

          Defendant.

Case No. C25-1352-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is deficient. He reports being unemployed for over a year, receiving $5,180.00 total in disability and unemployment payments over the past 12 months, and holding $90.65 in hand and bank accounts. He further states he incurs $4,270.00 in expenses monthly. In sum, it is unclear how Plaintiff meets his expenses and whether he has received additional income.

The Court cannot assess Plaintiff's application for IFP as written. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information and any further helpful information on why he

MINUTE ORDER - 1

cannot pay his filing fee.  Failure to comply with this Order may result in denial of IFP or dismissal of this case.

Dated this 25th day of July, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2