UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMALH ANTHONY WILSON,

        Plaintiff,

  v.

10 ROADS EXPRESS LLC,

        Defendant.

Case No. C25-1352-JHC

ORDER GRANTING IFP

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 6, is GRANTED. The Court further GRANTS Plaintiff's request that his supporting documentation at Docket No. 6-2 be SEALED due to the sensitive personal information therein. *See* Dkt. 6-1 at 1. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 14th day of August, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1