UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALH ANTHONY WILSON,<br><br>          Plaintiff,<br><br>    v.<br><br>10 ROADS EXPRESS, LLC;<br><br>          Defendant. | NO. 2:25-cv-01352-JHC<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Summary Judgment or in the Alternative Motion to Compel Arbitration. Dkt. # 16. The Court has considered the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, the Court finds that Plaintiff is required to arbitrate any claims against Defendant arising out of his employment with the Company. *See* Dkt. # 17-1 at 2. It also finds that "[a]ny dispute relating to the interpretation, applicability, enforceability or formation of [the Arbitration] Agreement" is committed to the arbitrator. *Id*. at 5. Accordingly, the Court:

    (a) GRANTS Defendant's Motion to Compel Arbitration. Plaintiff is hereby compelled to arbitrate his claims against Defendant pursuant to the Arbitration

ORDER – 1
2:25-cv-01352-JHC

Agreement.

(b) STAYS this case, pending the outcome of arbitration.

Dated this 25 day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER – 2
2:25-cv-01352-JHC