UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALH ANTHONY WILSON, | CASE NO. 2:25-cv-01352-JHC |
| Plaintiff, | ORDER |
| v. | |
| 10 ROADS EXPRESS LLC, | |
| Defendant. | |

Before the Court is pro se Plaintiff's "Rule 60(B) Motion to Vacate." Dkt. # 28. Plaintiff styles his motion as one under Federal Rule of Civil Procedure 60(b). But it is actually a motion for reconsideration. As such, it is untimely, as such a motion must be filed within 14 days of the challenged order. LCR 7(h)(2). The order at issue was filed on November 25, 2025 (Dkt. # 22); the motion was filed over four months later.

Additionally, even if the motion were timely, it would be denied.

Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

LCR 7(h)(1). Plaintiff demonstrates neither manifest error nor such new facts or legal authority. *See generally* Dkt. # 28. And the Court's prior ruling tracks the terms of the parties' arbitration

ORDER - 1

agreement. Thus, the Court DENIES the motion, whether it be one for reconsideration or under Rule 60(b).

Dated this 11th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2