UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMALH ANTHONY WILSON,<br>Plaintiff,<br>v.<br>10 ROADS EXPRESS LLC,<br>Defendant. | CASE NO. 2:25-cv-01352-JHC<br>ORDER |

This matter comes before the Court on Plaintiff's Motion to Dismiss with Prejudice. Dkt. # 38. The motion is unopposed. *See generally* Dkt. And the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2). Accordingly, this action is DISMISSED with prejudice.

The Clerk is DIRECTED to close the case and terminate all pending motions.

Dated this 23rd day of July, 2026.

John H. Chun
United States District Judge